B6A (Official Form 6A) (12/07)

.

In re  __Jablanka Petrovic-Kinzy_____,    Case No. ___15-03737_____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **5028 Switch Grass Lane**<br>**Naperville, Illinois 60564**<br>**Single Family Dwelling**<br>**Purchased in 2005 (Purchase Price $370,000.00)**<br>**Value Per Zillow.com**<br>**PIN#: 07-01-22-102-017-0000** | **Fee Simple** | **W** | **311,674.00** | **556,000.00** |
| **6759 RFD**<br>**Long Grove, Illinois 60047**<br>**Single Family Dwelling**<br>**Purchased in 2006 (Purchase Price $260,000; Land Only)**<br>**Value Per County Assessor**<br>**PIN#: 14-01-302-003** | **Fee Simple** | **W** | **970,000.00** | **1,562,181.00** |

| | | |
|---|---|---|
| Sub-Total > | **1,281,674.00** | (Total of this page) |
| Total > | **1,281,674.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  __Jablanka Petrovic-Kinzy_____,    Case No. __15-03737_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Miscellaneous Cash on Hand** | **W** | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank** **Checking Account No. ending with 4330 (Husband's Corporate Account; Debtor has no equitable interest; access only)** | **H** | 2,680.23 |
| | | **Citibank** **Checking Account No. ending with 2611** | **J** | 87.42 |
| | | **Citibank** **Checking Account ending with 2338** | **W** | 99.72 |
| | | **Citibank** **Checking Account No. ending in 1661** | **W** | 0.40 |
| | | **Citibank** **Checking Account No. ending 7209** | **W** | 173.35 |
| | | **Citibank** **Checking Account No. ending in 4401 (Husband's Corporate Account; Debtor has no equitable interest; access only)** | **H** | 88.13 |
| | | **Citibank** **Money Market Account No. ending in 1853** | **W** | 0.04 |
| | | **Citibank** **Savings Account No. ending in 2387 held for M.K. (minor child)** | **-** | 0.12 |
| | | **Citibank** **Savings Account No. ending in 2395 held for S.K. (minor child)** | **-** | 0.21 |
| | | **Citibank** **Savings Account No. ending in 2402 held for M.K. (minor child)** | **-** | 0.63 |

Sub-Total >     **3,230.25**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Jablanka Petrovic-Kinzy** ,                     Case No. __15-03737__

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Citibank** **Savings Account No. ending in 2410 held for N.K. (minor child)** | - | 0.04 |
| | | **Sharebuilder Custodial Stock Account held for M.K. (minor child)** | - | 5,256.34 |
| | | **Sharebuilder Custodial Stock Account held for S.K. (minor child)** | - | 6,074.62 |
| | | **Sharebuilder Custodial Stock Account held for M.K. (minor child)** | - | 25.01 |
| | | **Sharebuilder Custodial Stock Account held for N.K. (minor child)** | - | 25.09 |
| | | **Sharebuilder Stock Account** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Utilities Security Deposit** **Nicor Gas Company** **$200.00** **No Current Case Value** | J | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Used Household Goods, Furnishings and Appliances** | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Personal Items (CDs, DVDs, Books, Paintings (Costco))** | J | 5,000.00 |
| 6. Wearing apparel. | | **Used Clothing** | W | 2,000.00 |
| 7. Furs and jewelry. | | **Costume Jewelry and 2 Fur Coats** | W | 3,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera and Video Equipment** | J | 1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy** **No Cash Value** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                     24,881.10
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jablanka Petrovic-Kinzy**                                      ,   Case No.   **15-03737**
                                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **4 Bright Start Accounts held for minor children** | - | 11,674.63 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Constellation Brands 401(K)** | W | 22,978.79 |
| | | **IRA Account** | W | 3,000.00 |
| | | **IRA Account** | W | 8,399.71 |
| | | **Scottrade SEP IRA** | W | 100.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **One Share of Coca Cola Stock Reflecting Current Value** | W | 125.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **$10,000 Judgment Against Former Tenant (not collectable)** | J | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated 2014 Tax Refund 50% Partial Interest with Non Filing Spouse** | J | 1,550.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      47,828.13
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    __Jablanka Petrovic-Kinzy_____,    Case No.    __15-03737_____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal Injury Claim v. Kimberly Fulghum Automobile Accident in 2013 No lawsuit on file; no attorney retained** | **W** | **Unknown** |
| | | **Counter-Claims against First Tennesse Bank et al relating to foreclosure proceeding on the real property located at 6759 RFD, Long Grove, IL Counter claims consist of fraud, breach of contract, TILA violation, HOEPA, Illinois Interest Act violation, quiet title, slander of title, FDCPA violation, RESPA violation, FCRA violation, Illinois Consumer Fraud Act violation, ECOA violation, spoliation of evidence, and Mortgage Escrow Account Act violation.** | **-** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Illinois Driver's License & License to Pratice Law** | **W** | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet   __3__   of   __4__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jablanka Petrovic-Kinzy**                     ,     Case No.   **15-03737**

                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
| --- | --- | --- | --- | --- |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
| --- | --- | --- |
|  | (Total of this page) | |
|  | Total > | **75,939.48** |

Sheet   **4**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **Jablanka Petrovic-Kinzy**                                     ,       Case No.   **15-03737**
                                                                                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **6759 RFD** <br> **Long Grove, Illinois 60047** <br> **Single Family Dwelling** <br> **Purchased in 2006 (Purchase Price $260,000;** <br> **Land Only)** <br> **Value Per County Assessor** <br> **PIN#: 14-01-302-003** | **735 ILCS 5/12-901** | **15,000.00** | **970,000.00** |
| **Cash on Hand** <br> **Miscellaneous Cash on Hand** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **Citibank** <br> **Checking Account No. ending with 2611** | **735 ILCS 5/12-1001(b)** | **87.42** | **87.42** |
| **Citibank** <br> **Checking Account ending with 2338** | **735 ILCS 5/12-1001(b)** | **99.72** | **99.72** |
| **Citibank** <br> **Checking Account No. ending in 1661** | **735 ILCS 5/12-1001(b)** | **0.40** | **0.40** |
| **Citibank** <br> **Checking Account No. ending 7209** | **735 ILCS 5/12-1001(b)** | **173.35** | **173.35** |
| **Citibank** <br> **Money Market Account No. ending in 1853** | **735 ILCS 5/12-1001(b)** | **0.04** | **0.04** |
| **Citibank** <br> **Savings Account No. ending in 2387 held for** <br> **M.K. (minor child)** | **735 ILCS 5/12-1001(b)** | **0.12** | **0.12** |
| **Citibank** <br> **Savings Account No. ending in 2395 held for** <br> **S.K. (minor child)** | **735 ILCS 5/12-1001(b)** | **0.21** | **0.21** |
| **Citibank** <br> **Savings Account No. ending in 2402 held for** <br> **M.K. (minor child)** | **735 ILCS 5/12-1001(b)** | **0.04** | **0.63** |
| **Citibank** <br> **Savings Account No. ending in 2410 held for** <br> **N.K. (minor child)** | **735 ILCS 5/12-1001(b)** | **0.04** | **0.04** |
| **Books, Pictures and Other Art Objects; Collectibles** <br> **Personal Items (CDs, DVDs, Books, Paintings** <br> **(Costco))** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **5,000.00** |
| **Wearing Apparel** <br> **Used Clothing** | **735 ILCS 5/12-1001(a)** | **100%** | **2,000.00** |

  __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re   __Jablanka Petrovic-Kinzy_____,   Case No. ___15-03737_____
                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| **Costume Jewelry and 2 Fur Coats** | **735 ILCS 5/12-1001(b)** | **1,456.84** | **3,000.00** |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **4 Bright Start Accounts held for minor children** | **735 ILCS 5/12-1001(j)** | **100%** | **11,674.63** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Constellation Brands 401(K)** | **735 ILCS 5/12-1006** | **100%** | **22,978.79** |
| **IRA Account** | **735 ILCS 5/12-704** | **3,000.00** | **3,000.00** |
| **IRA Account** | **735 ILCS 5/12-1006** | **100%** | **8,399.71** |
| **Scottrade SEP IRA** | **735 ILCS 5/12-1006** | **100.00** | **100.00** |
| **Stock and Interests in Businesses** | | | |
| **One Share of Coca Cola Stock Reflecting Current Value** | **735 ILCS 5/12-1001(b)** | **81.82** | **125.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Personal Injury Claim v. Kimberly Fulghum Automobile Accident in 2013 No lawsuit on file; no attorney retained** | **735 ILCS 5/12-1001(h)(4)** | **15,000.00** | **Unknown** |

|  | Total: | **82,153.13** | **1,026,740.06** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __Jablanka Petrovic-Kinzy__ , Case No. __15-03737__
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxx6001**<br><br>**First Tennessee Bank**<br>**Attn: Bankruptcy**<br>**Po Box 1469**<br>**Knoxville, TN 37901** | | | W | **Opened 1/01/06  Last Active  1/01/11**<br>**Mortgage**<br>**6759 RFD**<br>**Long Grove, Illinois 60047**<br>**Single Family Dwelling**<br>**Purchased in 2006 (Purchase Price**<br>**$260,000; Land Only)**<br>**Value Per County Assessor** | | | | | |
| | | | | Value $                     **970,000.00** | | | | **1,552,681.00** | **0.00** |
| Account No.<br><br>**Howard and Howard Attorneys PLLC**<br>**200 S. Michigan Avenue, Suite 1100**<br>**Chicago, IL 60604** | | | | **Additional Notice Sent To:**<br><br>**First Tennessee Bank** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No.<br><br>**Henry Boysen Well Drilling**<br>**666 Dundee Road**<br>**1706**<br>**Northbrook, IL 60062** | | | - | **Mechanic's Lien**<br>**6759 RFD**<br>**Long Grove, Illinois 60047**<br>**Single Family Dwelling**<br>**Purchased in 2006 (Purchase Price**<br>**$260,000; Land Only)**<br>**Value Per County Assessor**<br>**PIN#: 14-01-302-003** | | | | | |
| | | | | Value $                     **970,000.00** | | | | **9,500.00** | **9,500.00** |
| Account No.<br><br>**High Meadow Homeowners Association**<br>**750 W. Lake Cook Road**<br>**Suite 350**<br>**Buffalo Grove, IL 60089** | X | | W | **Assessment**<br>**5028 Switch Grass Lane**<br>**Naperville, Illinois 60564**<br>**Single Family Dwelling**<br>**Purchased in 2005 (Purchase Price**<br>**$370,000.00)**<br>**Value Per Zillow.com**<br>**PIN#: 07-01-22-102-017-0000** | | | | | |
| | | | | Value $                     **311,674.00** | | | | **3,000.00** | **3,000.00** |
| __1__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | **1,565,181.00** | **12,500.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  __Jablanka Petrovic-Kinzy_____ ,    Case No. ___**15-03737**_____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx0471**<br><br>**JPMorgan Chase***<br>**270 Park Avenue**<br>**New York, NY 10017** | | W | **Opened 4/01/06 Last Active 5/30/08**<br>**Mortgage**<br>**5028 Switch Grass Lane**<br>**Naperville, Illinois 60564**<br>**Single Family Dwelling**<br>**Purchased in 2005 (Purchase Price $370,000.00)**<br>**Value Per Zillow.com** | | | | | |
| | | | Value $                            **311,674.00** | | | | **553,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1___ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **553,000.00** | **0.00** |
| Total (Report on Summary of Schedules) | **2,118,181.00** | **12,500.00** |

B6E (Official Form 6E) (4/13)

In re  __Jablanka Petrovic-Kinzy_____,  Case No. ____15-03737_____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**___ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   __Jablanka Petrovic-Kinzy_____,   Case No. ___15-03737_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxx4719 | | | | Opened 10/01/04  Last Active  9/24/09 Charge Account | | | | |
| Advanta Bank Corp Po Box 31032 Tampa, FL 33631 | | W | | | | | | 8,822.00 |
| Account No. | | | | Medical | | | | |
| Advocate Condell Medical Center 801 S. Milwaukee Avenue Libertyville, IL 60048 | | - | | | | | X | 417.00 |
| Account No. | | | | Additional Notice Sent To: Advocate Condell Medical Center | | | | Notice Only |
| Harris & Harris , Ltd. 222 Merchandise Mart Plaza, Suite 1900 Chicago, IL 60654 | | | | | | | | |
| Account No. | | | | Notice Only | | | | |
| Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | J | | | | | | 0.00 |
| | | | | | | Subtotal (Total of this page) | | 9,239.00 |

__7__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jablanka Petrovic-Kinzy**                                          ,        Case No.    **15-03737**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank of New York Mellon** <br> **5503 N. Cumberland Avenue** <br> **Chicago, IL 60656** | | J | Notice Only | | | | <br><br><br> 0.00 |
| Account No. <br><br> **Blatt, Hasenmiller, Leibsker and Moore,** <br> **125 S. Wacker Drive, Suite400** <br> **Chicago, IL 60606** | | J | Notice Only <br> 2007 M1 215973 <br> 2010 M1 111751 | | | | <br><br><br> 0.00 |
| Account No. <br><br> **Blitt & Gaines, P.C.** <br> **661 W. Glenn Avenue** <br> **Wheeling, IL 60090** | | J | Notice Only <br> 2007 M1 215635 | | | | <br><br><br> 0.00 |
| Account No. <br><br> **Blue Cross Blue Shield** <br> **300 East Randolph Street** <br> **Chicago, IL 60601** | | - | Subrogation Claims | | | | <br><br><br> **Unknown** |
| Account No. <br><br> **Burke Warren & Mackay** <br> **330 N. Wabash Avenue** <br> **Suite 2100** <br> **Chicago, IL 60611** | | J | Notice Only <br> 2008 CH 09835 | | | | <br><br><br> 0.00 |

Sheet no.  **1**   of  **7**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    __Jablanka Petrovic-Kinzy_____,        Case No. ___15-03737_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx9022**<br><br>**Calvary Portfolio Services**<br>**Attention: Bankruptcy Department**<br>**500 Summit Lake Dr. Suite 400**<br>**Valhalla, NY 10595** | | W | | Opened 10/01/11<br>Collection Agency<br>Bank Of America | | | | 21,821.00 |
| Account No. **xxxxxxxxxxx4880**<br><br>**Citibank**<br>**Citicorp Credit Srvs/Centralized**<br>**Bankrup**<br>**Po Box 790040**<br>**Saint Louis, MO 63179** | | W | | Opened 1/01/03 Last Active 3/12/09<br>Charge Account<br>The Home Depot | | | | 5,107.00 |
| Account No.<br><br>**City of Chicago**<br>**33 N. LaSalle Street, Suite 700**<br>**Chicago, IL 60602** | X | J | | Building Code Violations | | | | 90,000.00 |
| Account No.<br><br>**Corporation Counsel**<br>**30 N. LaSalle**<br>**#800**<br>**Chicago, IL 60602** | | J | | Notice Only<br>2007 M1 401843 | | | | 0.00 |
| Account No. **xxxxxxxxxxx3199**<br><br>**Credit One Bank**<br>**Po Box 98873**<br>**Las Vegas, NV 89193** | | W | | Opened 4/01/12 Last Active 11/12/14<br>Credit Card | | | | 373.45 |

Sheet no. __2___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,301.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jablanka Petrovic-Kinzy**                                  ,        Case No. ___**15-03737**___
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx6895<br><br>**Discover Fin Services LLC**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | | W | | **Opened 9/01/04 Last Active 12/02/09**<br>**Credit Card** | | | | **22,632.00** |
| Account No.<br><br>**Dyck O'neal**<br>**6060 N. Central Expressway**<br>**Dallas, TX 75206** | | | J | | **Notice Only**<br>**Deficiency Debt Collecting for Northbrook Bank** | | | | **Unknown** |
| Account No.<br><br>**DYCK Oneal Inc**<br>**Attn: Bankruptcy Department**<br>**15301 Spectrum Drive**<br>**Addison, TX 75001** | | | | | **Additional Notice Sent To:**<br>**Dyck O'neal** | | | | **Notice Only** |
| Account No.<br><br>**Gina Krol**<br>**105 W. Madison**<br>**Suite**<br>**Chicago, IL 60602** | | | J | | **Notice Only**<br>**2008 CH 40817** | | | | **0.00** |
| Account No.<br><br>**Hauselman Martin F.**<br>**39 S. LaSalle Street**<br>**Chicago, IL 60603** | | | J | | **Notice Only**<br>**2013 CH 04516** | | | | **0.00** |

Sheet no. __**3**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **22,632.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jablanka Petrovic-Kinzy**                                              ,    Case No.  **15-03737**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Medical | | | | |
| **Health First Chiropractic 1409 E. Palatine Road Arlington Heights, IL 60004** | | | | | | | | 3,479.00 |
| Account No. | | - | | Medical | | | | |
| **Health First Chiropractic 1409 E. Palatine Road Arlington Heights, IL 60004** | | | | | | | | 2,345.00 |
| Account No. | X | J | | Collecting for People's Gas | | | | |
| **IC Systems PO Box 64378 Saint Paul, MN 55164** | | | | | | | | 576.00 |
| Account No. | | - | | Medical | | | | |
| **Lake County Acute Care PO Box 41309 Department 142 Nashville, TN 37204** | | | | | | | | 1,606.00 |
| Account No. | | J | | Notice Only 2007 M1 401843 | | | | |
| **Michael D Fine 131 S. Dearborn Chicago, IL 60603** | | | | | | | | 0.00 |

Sheet no. __4___ of __7___ sheets attached to Schedule of          Subtotal          8,006.00
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Jablanka Petrovic-Kinzy_____,    Case No. ___15-03737_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical | | | | |
| **Milrud Medical Center** **1829 S. Cedar Lake Road** **Round Lake, IL 60073** | | - | | | | | X | |
| | | | | | | | | **1,979.00** |
| Account No. **xxxxxxxxxx0001** | | | | Opened  6/01/04  Last Active  1/11/10 **Estimated Deficiency Due to Foreclosure Sale of Real Property Located at 3053 W. Armitage Avenue, Chicago, Illinois** | | | | |
| **Northbrook Bank & Trust** **1340 Shermer Road** **Northbrook, IL 60062** | X | J | | | | | | |
| | | | | | | | | **420,000.00** |
| Account No. **xxxx4643** | | | | Opened  2/01/06  Last Active 11/23/12 **Estimated Deficiency Due to Foreclosure sale of Real Property Located at 1646 N. Fairfield Avenue, Chicago, Illinois** | | | | |
| **Ocwen Loan Service** **Attn: Bankruptcy** **P.O. Box 24738** **West Palm Beach, FL 33416** | X | W | | | | | | |
| | | | | | | | | **34,980.00** |
| Account No. | | | | Notice Only **2009 CH 2632** | | | | |
| **Pierce & Associates** **1 North Dearborn** **Ste 1300** **Chicago, IL 60602** | | J | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Medical | | | | |
| **Quest Diagnostics** **2500 W. Higgins Road, Suite 460** **Hoffman Estates, IL 60169** | | - | | | | | | |
| | | | | | | | | **183.00** |

Sheet no. __5___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **457,142.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jablanka Petrovic-Kinzy**                                              ,        Case No. ___**15-03737**___
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Quest Diagnostics** <br>**PO Box 809403** <br>**Chicago, IL 60680** | | | **Additional Notice Sent To:** <br>**Quest Diagnostics** | | | | **Notice Only** |
| Account No. <br><br>**Quest Diagnostics** <br>**24600 W. 127th Street** <br>**Plainfield, IL** | | | **Additional Notice Sent To:** <br>**Quest Diagnostics** | | | | **Notice Only** |
| Account No. <br><br>**Quest Diagnostics** <br>**1355 Mittel Boulevard** <br>**Wood Dale, IL 60191** | | | **Additional Notice Sent To:** <br>**Quest Diagnostics** | | | | **Notice Only** |
| Account No. <br><br>**QUEST DIAGNOSTICS INC** <br>**2340 S Highland Avenue** <br>**Suite 330** <br>**Lombard, IL 60148** | | | **Additional Notice Sent To:** <br>**Quest Diagnostics** | | | | **Notice Only** |
| Account No. **xxxx0373** <br><br>**Real Time Resolutions** <br>**1750 Regal Row Suite N** <br>**Dallas, TX 75235** | X | W | **Opened 3/01/06 Last Active 2/28/14** <br>**Estimated Deficiency Due to Foreclosure Sale of Real Property Located at 1751 Sawyer Avenue, Chicago, Illinois** | | | | **80,012.00** |

Sheet no. __**6**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**80,012.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jablanka Petrovic-Kinzy**                                        ,    Case No. ____**15-03737**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| **Retention Law Center** **16808 Armstrong Avenue** **Irvine, CA 92606** | - | | | | | | **4,200.00** |
| Account No. | | | Notice Only | | | | |
| **Select Portfolio Servicing** **3815 SW Temple** **Salt Lake City, UT 84165** | | J | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **US Bank** **300 East Delaware Avenue** **8th Floor** **Wilmington, DE 19809** | | J | | | | | **0.00** |
| Account No. | | | Medical | | | | |
| **Van Ru Credit Corporation** **1350 E. Toughy Ave, Suite 100E** **Des Plaines, IL 60018** | - | | | | | | **825.00** |
| Account No. | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,025.00**

Total
(Report on Summary of Schedules)    **699,357.45**

B6G (Official Form 6G) (12/07)

In re    **Jablanka Petrovic-Kinzy**                                                    ,    Case No.    **15-03737**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **T-Mobile**<br>**12929 SE 38th Street**<br>**Bellevue, WA 98006** | **Cellular Phone Contract**<br>**Debtor Assumes Contract** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **Jablanka Petrovic-Kinzy**                                          ,    Case No. ___**15-03737**_____

                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kyle Kinzy**<br>**6759 RFD**<br>**Long Grove, IL 60047** | **Northbrook Bank & Trust**<br>**1340 Shermer Road**<br>**Northbrook, IL 60062** |
| **Kyle Kinzy**<br>**6759 RFD**<br>**Long Grove, IL 60047** | **Ocwen Loan Service**<br>**Attn: Bankruptcy**<br>**P.O. Box 24738**<br>**West Palm Beach, FL 33416** |
| **Kyle Kinzy**<br>**6759 RFD**<br>**Long Grove, IL 60047** | **City of Chicago**<br>**33 N. LaSalle Street, Suite 700**<br>**Chicago, IL 60602** |
| **Kyle Kinzy**<br>**6759 RFD**<br>**Long Grove, IL 60047** | **High Meadow Homeowners Association**<br>**750 W. Lake Cook Road**<br>**Suite 350**<br>**Buffalo Grove, IL 60089** |
| **Kyle Kinzy**<br>**6759 RFD**<br>**Long Grove, IL 60047** | **Real Time Resolutions**<br>**1750 Regal Row Suite N**<br>**Dallas, TX 75235** |
| **Kyle Kinzy**<br>**6759 RFD**<br>**Long Grove, IL 60047** | **IC Systems**<br>**PO Box 64378**<br>**Saint Paul, MN 55164** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jablanka Petrovic-Kinzy** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | **15-03737** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | **Consultant** | **Attorney/Consultant** |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | **Cool Peak LLC** | **Kinzy International, Inc.** |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **318 Half Day Road**<br>**Suite 177**<br>**Buffalo Grove, IL 60089** | **318 Half Day Road**<br>**Suite 177**<br>**Buffalo Grove, IL 60089** |
| | **How long employed there?** | **3 Years** | **14 Years** |

### Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **6,000.00** | $ **805.00** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $ **6,000.00** | $ **805.00** |

Debtor 1    **Jablanka Petrovic-Kinzy**                                    Case number (*if known*)    **15-03737**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ **6,000.00** | $ **805.00** |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ **0.00** | $ **0.00** |
| 5b. Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **0.00** |
| 5c. Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **0.00** |
| 5d. Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **0.00** |
| 5e. Insurance | 5e. | $ **0.00** | $ **0.00** |
| 5f. Domestic support obligations | 5f. | $ **0.00** | $ **0.00** |
| 5g. Union dues | 5g. | $ **0.00** | $ **0.00** |
| 5h. Other deductions. Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ **0.00**    $ **0.00**

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.    $ **6,000.00**    $ **805.00**

**8.** List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ **0.00**    $ **1,692.00**

8b. **Interest and dividends**    8b.    $ **0.00**    $ **0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ **0.00**    $ **0.00**

8d. **Unemployment compensation**    8d.    $ **0.00**    $ **0.00**

8e. **Social Security**    8e.    $ **0.00**    $ **0.00**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ **0.00**    $ **0.00**

8g. **Pension or retirement income**    8g.    $ **0.00**    $ **0.00**

8h. **Other monthly income. Specify: _____**    8h.+    $ **0.00** +    $ **0.00**

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ **0.00**    $ **1,692.00**

**10.** Calculate monthly income. Add line 7 + line 9.    10.    $ **6,000.00** +    $ **2,497.00** =    $ **8,497.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    **Additional Dividend**    11.    +$    **1,308.00**

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $    **9,805.00**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
■    No.
☐    Yes. Explain: _____

| Fill in this information to identify your case: |
| --- |

Debtor 1      **Jablanka Petrovic-Kinzy**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number    **15-03737**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

    MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses                                    12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| Daughter | 5 Years | ☐ No   ■ Yes |
| Daughter | 9 Years | ☐ No   ■ Yes |
| Daughter | 12 Years | ☐ No   ■ Yes |
| Son | 14 Years | ☐ No   ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
| --- | --- | --- | --- |
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **3,333.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **2,400.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **180.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **250.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **30.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Debtor 1 **Jablanka Petrovic-Kinzy**       Case number (if known)   **15-03737**

| 6. | **Utilities:** | | |
|---|---|---|---|
| | 6a.   Electricity, heat, natural gas | 6a. $ | 400.00 |
| | 6b.   Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 150.00 |
| | 6d.   Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 500.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 300.00 |
| 10. | **Personal care products and services** | 10. $ | 80.00 |
| 11. | **Medical and dental expenses** | 11. $ | 850.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 450.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 200.00 |
| | 15b.   Health insurance | 15b. $ | 1,200.00 |
| | 15c.   Vehicle insurance | 15c. $ | 0.00 |
| | 15d.   Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   **Monthly Income Tax Paid Directly** | 16. $ | 1,000.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify: | 17c. $ | 0.00 |
| | 17d.   Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. $ | 2,671.04 |
| | 20b.   Real estate taxes | 20b. $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 100.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | 30.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22.   $ | 15,924.04 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 9,805.00 |
| | 23b.   Copy your monthly expenses from line 22 above. | 23b. -$ | 15,924.04 |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -6,119.04 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.
   Explain: