B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jablanka Petrovic-Kinzy**       Case No. **15-03737**
Debtor(s)       Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**First Tennessee Bank** | **Describe Property Securing Debt:**<br>**6759 RFD**<br>**Long Grove, Illinois 60047**<br>**Single Family Dwelling**<br>**Purchased in 2006 (Purchase Price $260,000; Land Only)**<br>**Value Per County Assessor**<br>**PIN#: 14-01-302-003** |

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain  **Retain and Maintain**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Henry Boysen Well Drilling** | **Describe Property Securing Debt:**<br>**6759 RFD**<br>**Long Grove, Illinois 60047**<br>**Single Family Dwelling**<br>**Purchased in 2006 (Purchase Price $260,000; Land Only)**<br>**Value Per County Assessor**<br>**PIN#: 14-01-302-003** |

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain  **Retain and Maintain**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt     ■ Not claimed as exempt

B8 (Form 8) (12/08)     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**High Meadow Homeowners Association** | **Describe Property Securing Debt:**<br>**5028 Switch Grass Lane**<br>**Naperville, Illinois 60564**<br>**Single Family Dwelling**<br>**Purchased in 2005 (Purchase Price $370,000.00)**<br>**Value Per Zillow.com**<br>**PIN#: 07-01-22-102-017-0000** |

Property will be (check one):
   ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain  **Retain and Maintain**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**JPMorgan Chase*** | **Describe Property Securing Debt:**<br>**5028 Switch Grass Lane**<br>**Naperville, Illinois 60564**<br>**Single Family Dwelling**<br>**Purchased in 2005 (Purchase Price $370,000.00)**<br>**Value Per Zillow.com**<br>**PIN#: 07-01-22-102-017-0000** |

Property will be (check one):
   ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain  **Retain and Maintain**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt             ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**T-Mobile** | **Describe Leased Property:**<br>**Cellular Phone Contract**<br>**Debtor Assumes Contract** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |

B8 (Form 8) (12/08) Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **February 20, 2015**    Signature **/s/ Jablanka Petrovic-Kinzy**
**Jablanka Petrovic-Kinzy**
Debtor